IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT E. BIRNSCHEIN,

    Plaintiff,

v.

ANDERSON MACHINING
SERVICE, INC.,
HARLEY-DAVIDSON, INC.
and SUSAN ANDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-706-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed for lack of subject matter jurisdiction.

_____      12/21/09
Peter Oppeneer, Clerk of Court     Date